# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN P. SASSEVILLE, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01751-JAD-GWF |
| vs. | ) **ORDER** |
| TRANS UNION LLC and NATIONSTAR MORTGAGE, LLC, | ) |
| Defendants. | ) |

This matter is before the Court on Defendant Trans Union's failure to file a Statement in Removal. The Minutes of the Court (#4) dated September 11, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant Trans Union LLC shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **October 27, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge